UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-04458 |
| GERVAISE GUYTON, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED THAT:

1. The automatic stay is extended as to all creditors, except those listed in paragraphs two and three of this order, pursuant to 11 U.S.C. section 362(c)(3), until such time as any given creditor obtains relief therefrom after notice and a hearing.

2. The automatic stay is not extended as to the Arbor Glen Condominium Association as to its collateral located at 12500 S. Arbor Drive, Unit 1601, Alsip, Illinois 608030 and will terminate on March 23, 2019.

3. The automatic stay is not extended as to US Bank as Custodian for PFS Financial 1, LLC and WH Chicago, LLC as to its tax deed interest in the property located at 12500 S. Arbor Drive, Unit 1601, Alsip, Illinois 608030 and will terminate on March 23, 2019.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 15, 2019

**Prepared by:**

Michael R. Colter, II, ARDC #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100