## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br> GERVAISE S. GUYTON <br><br> Debtors. | Case No. 19-04458 <br> Chapter 13 <br> Judge Janet S. Baer <br><br> Confirmation hearing: <br> 04/12/2019 10:00 a.m. |

### BELLES TERRES HOMEOWNERS ASSOCIATION'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED FEBRUARY 20, 2019

Now comes a certain Creditor, BELLES TERRES HOMEOWNERS ASSOCIATION, by and through its attorney, Benjamin J. Rooney of Keay & Costello, P.C., and for its objection to Debtor's chapter 13 plan filed February 20, 2019 states as follows:

1. Belles Terres Homeowners Association is a claimant-creditor of the Debtor and brings this motion pursuant to 11 U.S.C. 1324 and 1325.

2. On March 21, 2019, Belles Terres Homeowners Association filed its proof of claim with respect to Debtor's obligation to pay association assessments for the property located at 1110 N. Farnsworth Avenue, Unit 105, Aurora, Illinois 60505. (Exhibit "A").

3. That pursuant to Belles Terres Homeowners Association's governing documents, which have been recorded with the Recorder of Deeds of Kane County, Illinois, a lien attaches to the property of the Debtor to secure unpaid assessments and other obligations arising out of ownership of a unit under the jurisdiction of Belles Terres Homeowners Association.

4. At the time Debtor filed the chapter 13 petition on February 20, 2019, Debtor owed the amount of $12,652.84 for past due assessments, late fees and attorney fees to Belles Terres Homeowners Association. (Exhibit "A").

5. Debtor's plan fails to fully and properly account for Belles Terres Homeowners Association's secured interest in the subject real estate and the pre-petition arrearage.

6. As a result of Belles Terres Homeowners Association's lien rights in Debtor's real estate and the proof of claim filed on March 21, 2019, Belles Terres Homeowners Association, should be included in Debtor's chapter 13 plan as a secured creditor in the amount of $12,652.84.

7. As a result of Debtor's failure to fully account for the pre-petition secured debt owed to Belles Terres Homeowners Association, confirmation of Debtor's February 20, 2019 plan should be denied.

WHEREFORE, Belles Terres Homeowners Association prays this court for entry of the attached order denying confirmation of the Debtor's plan filed February 20, 2019, and for any such other and further relief as this court deems just and equitable within the premises.

BELLES TERRES
HOMEOWNERS ASSOCIATION

By: _____
Benjamin J. Rooney

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

2