## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-04458 |
| GERVAISE S. GUYTON | Chapter 13 |
| | Judge Janet S. Baer |
| Debtors. | Confirmation hearing: |
| | 04/12/2019 10:00 a.m. |

### NOTICE OF FILING

To:   See attached Service List.

**PLEASE TAKE NOTICE** that on this 4th day of April 2019, the undersigned caused to be electronically filed, with the Clerk of Court for the United States Bankruptcy Court, Northern District of Illinois, Eastern Division, BELLES TERRES HOMEOWNERS ASSOCIATION's OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN FILED February 20, 2019, a copy of which is attached hereto and served upon you herewith.

/s/ Benjamin J. Rooney

### PROOF OF SERVICE

The undersigned attorney certifies that he served a true and correct copy of the foregoing electronically to all parties eligible and by depositing same in the U.S. Mail, Wheaton, Illinois addressed to the parties appearing above on the 4th day of April, 2019.

/s/ Benjamin J. Rooney

SUBSCRIBED and SWORN to before me
this 4th day of April, 2019.

_____
Notary Public

#6308111
Benjamin J. Rooney
**KEAY & COSTELLO, P.C.**
128 South County Farm Road
Wheaton, Illinois 60187
ben@keaycostello.com
(630) 690-6446

OFFICIAL SEAL
MICHELLE SCALES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/17/20

## Service List

GerVaise S. Guyton
1110 N. Farnsworth Avenue, Unit 105
Aurora, Illinois 60505

David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, Illinois 60090
 (By electronic notice through ECF)

Glenn B. Stearns
801 Warrenville Road Suite 650
Lisle, Illinois 60532
(By electronic notice through ECF)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, Illinois 60604
(By electronic notice through ECF)